### Yalakki GOWDA, M. D.
v.
### BOARD OF MEDICAL REVIEW.
### No. 80–223–M.P.

Supreme Court of Rhode Island.

July 3, 1980.

McOsker, Isserlis & Davignon, Milton L. Isserlis, Michael Fitzpatrick, Providence, for petitioner.

James M. Jerue, Providence, for respondent.

## ORDER

The respondent is directed to file a memorandum in support of its position opposing certiorari in this case on or before July 10, 1980.

DORIS, J., did not participate.